IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| ROBERT HEARNE, | § | |
| | § | |
| Defendant Below, | § | No. 442, 2020 |
| Appellant, | § | |
| | § | |
| | § | Court Below – Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | |
| | § | Cr. ID No. 1605006649 (N) |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: June 23, 2021
Decided: July 7, 2021

Before **SEITZ**, Chief Justice; **VAUGHN** and **MONTGOMERY-REEVES**, Justices.

## <u>ORDER</u>

On this 7th day of July, 2021, the Court, having considered this matter on the briefs filed by the parties and the record on appeal, has determined that the judgment of the Superior Court should be affirmed on the basis of and for the reasons assigned by the Superior Court in its December 4, 2020 Order.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Tamika R. Montgomery-Reeves*
Justice